UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN BOARD OF
CARDIOVASCULAR MEDICINE, INC.,

    Plaintiff,

v.     Case No: 8:16-cv-469-T-27JSS

JOHN WILEY & SONS, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Compel Discovery Responses (Dkt. 30), Defendant's Motion to Compel Responses to Interrogatories (Dkt. 35), and Defendant's Motion to Compel Responses to Requests for Production (Dkt. 36). A lengthy hearing was held on this matter on December 6, 2016, before the undersigned. For the reasons stated at the hearing, it is

**ORDERED**:

1. Plaintiff's Motion to Compel Discovery Responses (Dkt. 30) is **GRANTED**. Defendant shall produce a production log identifying by Bates number which previously produced documents are responsive to each request for production. Defendant shall produce its production log by December 30, 2016.

2. Defendant's Motion to Compel Responses to Interrogatories (Dkt. 35) is **GRANTED** in part and **DENIED** in part. The motion is granted as to Interrogatories 4, 9, and 14. Plaintiff shall provide amended responses by December 30, 2016. The motion is denied as to Interrogatories 2, 5, 6, 7, 8, and 10.

3. Defendant's Motion to Compel Responses to Requests for Production (Dkt. 36) is **GRANTED** in part and **DENIED** in part. The motion is granted as to Requests for Production 4, 9, 13, 14, 21, 22, 23, 24, 25, 26, 27, 30, 31, 32, 34, 35, 37, and 40, with the relevant time frame being January 1, 2013, until February 26, 2016. Plaintiff shall provide the non-privileged, responsive documents by December 30, 2016. The motion is denied as to Requests for Production 2, 5, 6, 16, 18, 36, and 47.

**DONE** and **ORDERED** in Tampa, Florida, on December 6, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record