UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN BOARD OF
CARDIOVASCULAR MEDICINE,
INC.,

    Plaintiff,

vs.                                Case No. 8:16-cv-469-T-27JSS

JOHN WILEY & SONS, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to (A) Prohibit Plaintiff's Expert Witness from Offering New Opinions Based on Untimely Disclosed Documents and Data and (B) Require Plaintiff to Pay Defendant's Legal Fees and Additional Expert Witness Fees Caused by the Untimely Disclosure (Dkt. 51). Part (A) of the motion is **REFERRED** to the Magistrate Judge.

Part (B) of the motion is **DENIED**. Defendant's unsupported request is tantamount to a motion for sanctions, based on bad faith. Sanctions less exacting than payment of "legal fees" and rebuttal expert fees are certainly available, if bad faith is demonstrated. That determination I refer to the Magistrate Judge as well.

**DONE AND ORDERED** this 16th day of February, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

1