**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| AMERICAN BOARD OF CARDIOVASCULAR MEDICINE, INC., | : <br> : Case No.: 8:16-cv-469-T-27JSS <br> : |
| Plaintiff, | : |
| v. | : |
| JOHN WILEY & SONS, INC., | : |
| Defendant. | : |

**PLAINTIFF'S AMENDED RESPONSE TO**
**DEFENDANT'S MOTION TO PROHIBIT PLAINTIFF'S**
**EXPERT WITNESS FROM OFFERING NEW OPINIONS, ETC. (Dkt. 51)**

Plaintiff, American Board of Cardiovascular Medicine, Inc. ("ABCM"), through its undersigned counsel, files this amended response to Defendant's motion for miscellaneous relief ("Motion") (Dkt. 51), as the relief requested is now moot. Specifically, Defendant's Motion sought two means of relief: (A) Defendant sought to prohibit ABCM's expert witness, Dr. R. Christopher Jones, from offering new opinions; and (B) Defendant sought to recover fees that would be incurred for its rebuttal expert having to supplement his opinion. The Court denied part B of the motion prior to referring the Motion to the Magistrate Judge. (Dkt. 52). However, in the time since ABCM filed its initial response to the motion (Dkt. 53), information was obtained that made it appropriate for ABCM to withdraw its designated expert witness. In fact, on March 13, 2017, ABCM served upon Defendant its Notice of Withdrawal of Expert Witness, and made clear that ABCM was not going to rely on Dr. Jones's testimony at trial. (Notice attached hereto as Exhibit A).

As ABCM has no intention to call Dr. Jones at trial and has withdrawn him as an expert witness, Defendant's requested relief is moot. First, Dr. Jones will not be offering any opinions, let alone new opinions at trial. Second, any need for Defendant's expert—disclosed purely as a rebuttal expert to rebut Dr. Jones's testimony—to amend his report is moot as their will be *no* opinion testimony from Dr. Jones for him to rebut. Further, the Court already denied the relief requested in part B of Defendant's motion.

For the reasons set forth above, ABCM files this amended response to Defendant's Motion and requests the Court deny the remaining issues in the Motion as moot.

Respectfully submitted this 15th day of March, 2017.

    /s/Matthew F. Hall
Mark M. Wall (FBN: 58483)
Matthew F. Hall (FBN: 92430)
Mark.Wall@hwhlaw.com
Matthew.Hall@hwhlaw.com
Kelly.Fritts@hwhlaw.com
Debra.Whitworth@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida  33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

    /s/ Matthew F. Hall
Attorney

9685918v1